UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-70-1BR
No. 5:21-CV-103-BR

| | | |
|---|---|---|
| CALVIN BRUCE BEARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on defendant's motions for leave to file a supplemental brief in support of his 28 U.S.C. § 2255 motion, (DE # 189), and to hold his § 2255 proceeding in abeyance pending his arrival at his institution of designation, FCI Edgefield, (DE # 195). The motion for leave to file is ALLOWED. According to the Bureau of Prisons, defendant is now incarcerated at FCI Edgefield, see Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (search BOP Register Number 64888-056) (last visited Aug. 24, 2021), and therefore, defendant's motion to hold in abeyance is DENIED as moot.

The government's motion to dismiss, (DE # 193), is pending, which defendant indicates he received on 24 May 2021, (DE # 195, at 1). Defendant shall have 30 days from the date of this order to file any material in opposition to the motion to dismiss. Defendant is warned that if he fails to respond, the court may grant the motion and this proceeding may be dismissed.

This 24 August 2021.

_____
W. Earl Britt
Senior U.S. District Judge